**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

INGA RICHARDSON,

                Plaintiff,                      21 **CIVIL** 11146 (LTS)

      -v-                                   **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 29, 2024, Plaintiff's motion for judgment on the pleadings is denied, and the Commissioner's motion for judgment on the pleadings is granted. This Memorandum Order resolves docket entry nos. 12 and 14. Judgment entered in favor of the Defendant, and the case is closed.

**Dated:** New York, New York

      March 29, 2024

                                                         **RUBY J. KRAJICK
                                                        Clerk of Court**

                           **BY:**
                                                    _____
                                                            **Deputy Clerk**